Prob 12C (7/93)

# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TEXAS



FILED

2025 OCT -3 PM 3: 43

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jeffrey Goebel

**Case Number:** EP-21-CR-00254-LS(1)

**Name of Sentencing Judicial Officer:** Frank Montalvo, Senior U.S. District Judge

**Date of Original Sentence:** September 29, 2021

**Original Offense:** Felon in Possession of Firearm, in violation of 18 U.S.C. § 922

**Original Sentence:** Fifty-one (51) months custody, followed by three (3) years' supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** May 28, 2025

**Assistant U.S. Attorney:** Mallory Josephine Rasmussen **Defense Attorney:** Marie Romero-Martinez

### PREVIOUS COURT ACTION

On August 26, 2025, the case was reassigned to the Honorable U.S. District Judge Leon Schydlower.

On September 3, 2025, a Report on Offender Under Supervision was submitted by the probation officer notifying the court of the following violations: testing positive for the use of methamphetamine and failure to participate in substance abuse treatment. The probation officer recommended no further adverse court action in lieu of continuing substance abuse treatment and mental health treatment. On September 10, 2025, the court accepted the probation officer's recommendation, and no further Court action was taken.

### PETITIONING THE COURT

[X]    To issue a warrant

[ ]    To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

> **Nature of Noncompliance:** On June 26, 2025, Goebel reported to the probation officer and admitted to using methamphetamines on June 20 and 21, 2025. On July 22 and 25, 2025, Goebel submitted a urinalysis that yielded positive for the use of methamphetamines. On August 15, 2025, he admitted to the probation officer to using

Goebel, Jeffrey
Docket No. EP:21-CR-00254-LS(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

methamphetamines on July 16, 2025, through August 13, 2025. Goebel further admitted to using marijuana on August 13, 2025. On August 26 and 28, 2025, Goebel submitted a urinalysis that yielded positive for the use of amphetamines. On September 17, 2025, he admitted to continued methamphetamine use between August 21, 2025, through September 10, 2025.

**Violation Number 2:** The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment if financially able.

**Nature of Noncompliance:** On August 11, 2025, Goebel failed to report to his scheduled drug test at Camino Nuevo. On August 13, 2025, he failed to report to his scheduled counseling session at Camino Nuevo substance abuse treatment program.

## U.S. Probation Officer Recommendation:

The term of supervision should be

[X]  revoked.

[ ]  extended for _____ years, for a total term of _____ years.

[ ]  modified as follows:


Respectfully submitted,

*Lluvia Gonzalez*

Lluvia Gonzalez
U.S. Probation Officer
Office (915) 585-5528
Cellular (915) 201-7992

Date: September 29, 2025

Approved by,

*Maricela Seward*

Maricela Seward
Supervising U.S. Probation Officer
Office (915) 585-6569
Cellular (915) 861-8768

Goebel, Jeffrey
Docket No. EP:21-CR-00254-LS(1)
Petition for Warrant or Summons for Offender Under Supervision
Page 3

## THE COURT ORDERS:

[ ]    No action.

[X]    The issuance of a warrant.

[ ]    The issuance of a summons.

[ ]    Other

_____
Leon Schydlower, U.S. District Judge

10/1/25

_____
Date